UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
WEISS, STEPHEN A § Case No. 11-42394
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKR. CT
219 S. DEARBORN STREET
7TH FLOOR
CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/14/2015 in Courtroom 742,

United States Courthouse
219 South Dearborn
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/11/2015             By: /s/ Andrew J. Maxwell
                                                Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
WEISS, STEPHEN A § Case No. 11-42394
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 93,983.07 |
| and approved disbursements of | $ | 13,229.48 |
| leaving a balance on hand of[1] | $ | 80,753.59 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Cook County Treasurer | $ 2,569.79 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 80,753.59 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 7,885.78 | $ 0.00 | $ 7,885.78 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 17,683.00 | $ 0.00 | $ 17,683.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 26.47 | $ 0.00 | $ 26.47 |
| Accountant for Trustee Fees: POPOWCER & KATTEN, LTD. | $ 3,262.50 | $ 0.00 | $ 3,262.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Charges: CLERK OF US BANKRUPTCY COURT | $ 293.00 | $ 0.00 | $ 293.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 165.99 | $ 165.99 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 29,150.75 |
| Remaining Balance | $ 51,602.84 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 93,216.76 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | Illinois Department of Revenue | $ 7,715.49 | $ 0.00 | $ 4,271.13 |
| 000005A | Internal Revenue Service | $ 85,501.27 | $ 0.00 | $ 47,331.71 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 51,602.84 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 956,886.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Corey Goldstein | $ 520.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Wisconsin Department of Revenue | $ 21,184.95 | $ 0.00 | $ 0.00 |
| 000006 | R.C.M. Industries, Inc. | $ 640,286.25 | $ 0.00 | $ 0.00 |
| 000007 | Robert C. Marconi Declaration of Trust | $ 290,802.00 | $ 0.00 | $ 0.00 |
| 000005B | UNITED STATES TREASURY | $ 3,221.80 | $ 0.00 | $ 0.00 |
| 000003B | Illinois Department of Revenue | $ 871.90 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors       $       0.00

Remaining Balance       $       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                             Case No. 11-42394-CAD
Stephen A Weiss                                                    Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: arodarte              Page 1 of 2          Date Rcvd: Sep 14, 2015
                              Form ID: pdf006             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2015.
db            #+Stephen A Weiss,   2020 Chestnut Avenue,   Unit 109,   Glenview, IL 60025-1648
17941715      +Bank Financial, FSB,   c/o Crowley & Lamb,   221 N LaSalle Street Suite 1550,
                Chicago, IL 60601-1224
17941719      +Corey Goldstein,   1700 W. Van Buren,   Mailbox TOB032,   Chicago, IL 60612-5500
17941717      +First Bank of Highland Park,   c/o McFadden & Dillon, P.C.,   120 S. LaSalle St., #1335,
                Chicago, IL 60603-3581
17941718      +First Bank of Highland Park,   633 Skokie Blvd.,   3rd Floor,   Northbrook, IL 60062-2825
17941720      +Hallmark & Johnson Properties LLC,   Attn: Jerry Ettinger,   7101 N. Cicero #200,
                Lincolnwood, IL 60712-2112
17941724      +JP Morgan Chase Bank,   P.O. Box 182223,   Dept. OH1-1272,   Columbus, OH 43218-2223
17941723      +Jaffe, Dr. Harry,   1713 Central Ave.,   Evanston, IL 60201-1507
17941725      +Lake Forest Bank & Trust,   727 N. Bank Ln,   Lake Forest, IL 60045-1898
17941727      +Larry Blankstein,   7101 N. Cicero,   #200,   Lincolnwood, IL 60712-2112
17941728      +Levin, Alan,   205 W. Randolph St,,   #1030,   Chicago, IL 60606-1813
17941729      +Levin, Joel,   2201 Waukegan Road,   #100,   Deerfield, IL 60015-1588
17941731      +Marconi, Bob,   c/o RCM Industries, Inc.,   3021 Cullerton Ave,,   Franklin Park, IL 60131-2204
17941732      +Much Shelist et. al.,   191 N. Wacker Dr.,   #1800,   Chicago, IL 60606-1631
17941733      +R.C.M. Industries, Inc.,   c/o Bryan E Minier,   Pedersen & Houpt,   161 N Clark, Suite 3100,
                Chicago, IL 60601-3242
21698931      +Robert C. Marconi Declaration of Trust dated June,   c/o Bryan E. Minier,   Pedersen & Houpt,
                161 N. Clark, Suite 3100,   Chicago, Il 60601-3242
17941734      +Rodgon, Jack,   3920 Lake Shore Dr.,   Apt. 6N,   Chicago, IL 60613-5136
17941735      +Rosen, Mort and Leora,   55 W. Deleware Pl.,   #1116,   Chicago, IL 60610-6074
17941736      +Rubin CPA, Les,   900 Skokie Blvd.,   #122,   Northbrook, IL 60062-4047
17941737      +Weinberg, Arnold,   c/o Much Shelist et. al.,   191 N. Wacker Dr., #1800,
                Chicago, IL 60606-1631
17941738      +Weiss, Bradley,   10717 Wilshire Blvd.,   #412,   Los Angeles, CA 90024-4425
17941739      +Weiss, Dr. Elliott,   251 E. 31st St.,   #3,   New York, NY 10016-9704
21415556      +Wisconsin Department of Revenue,   Special Procedures Unit,   P O Box 8901,
                Madison, WI 53708-8901
17941740       Wisconsin Dept. of Revenue,   P.O. Box 8908,   Madison, WI 53708-8908
17941741      +Wolin, Kelter & Rosen Ltd.,   55 West Monroe St. #3600,   Attn: Harold Rosen,
                Chicago, IL 60603-5026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17941716      +E-mail/Text: lbankruptcy@cookcountytreasurer.com Sep 15 2015 02:03:27      Cook County Treasurer,
                Legal Dept./Bankruptcy,   118 N. Clark St., Room 112,   Chicago, IL 60602-1332
17941721       E-mail/Text: rev.bankruptcy@illinois.gov Sep 15 2015 02:03:01
                Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,
                Chicago, IL 60664-0338
17941722       E-mail/Text: cio.bncmail@irs.gov Sep 15 2015 02:02:12      Internal Revenue Service,
                Department of the Treasury,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17941726*     +Lake Forest Bank & Trust,   727 N. Bank Ln.,   Lake Forest, IL 60045-1898
17941714     ##+Anita Weiss,   2020 Chestnut Avenue,   Unit 109,   Glenview, IL 60025-1648
17941730     ##+Lupel Weininger LLP,   30 North LaSalle Street,   Suite 3520,   Chicago, IL 60602-3334
                                                                                               TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2015                              Signature:   /s/Joseph Speetjens

```
District/off: 0752-1          User: arodarte              Page 2 of 2            Date Rcvd: Sep 14, 2015
                              Form ID: pdf006             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2015 at the address(es) listed below:

```
          Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
           trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
           llandpotts.com;vbarad@maxwellandpotts.com
          Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
           ustee@hotmail.com
          Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
           ustee@hotmail.com
          Andrew J Maxwell, ESQ    on behalf of Plaintiff Andrew J. Maxwell maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
           ustee@hotmail.com
          Bryan E. Minier    on behalf of Creditor   R.C.M. Industries, Inc. bminier@pedersenhoupt.com,
           skwon@pedersenhoupt.com
          David E Cohen    on behalf of Debtor Stephen A Weiss dcohen@fishercohen.com
          Jaclyn H. Smith    on behalf of Trustee Andrew J Maxwell, ESQ smith.jaclyn.h@gmail.com,
           preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
           naelipas@maxwellandpotts.com
          James M. Crowley    on behalf of Creditor   BankFinancial, FSB jcrowley@crowleylamb.com,
           docket@crowleylamb.com;mmusto@crowleylamb.com
          Nicole A Elipas    on behalf of Trustee Andrew J Maxwell, ESQ naelipas@maxwellandpotts.com,
           maxwelllawchicago@yahoo.com;cjcapo@maxwellandpotts.com
          Nicole A Elipas    on behalf of Plaintiff Andrew J. Maxwell naelipas@maxwellandpotts.com,
           maxwelllawchicago@yahoo.com;cjcapo@maxwellandpotts.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 11
```