IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STEPHEN A. WEISS | ) | No. 11-42394 |
| | ) | Hon. Carol A. Doyle |
| | ) | Chapter 7 |
| Debtor. | ) | |

## AMENDED NOTICE OF MOTION

To:

| | | |
|---|---|---|
| United States Trustee | Stephen A. Weiss | David E. Cohen |
| 219 S. Dearborn Street | 2020 Chestnut Ave | 55 W. Monroe St |
| Room 873 | Unit 109 | Ste 600 |
| Chicago, IL 60606 | Glenview, IL 60025 | Chicago, IL 60603 |

**TAKE NOTICE** that on October 22, 2015 at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Carol A. Doyle in her usual Courtroom 742 in the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or in her absence, before any other judge who may be sitting in her place or stead, and shall then and there present **Trustee's Application for Compensation and Expenses, Application of Counsel for the Trustee For Allowance of Compensation and Reimbursement of Expenses**, and **Application for Final Allowance of Fees of Trustee's Accountant,** at which time and place you may appear if you see fit.  A copy of each of said Motions was previously served upon you. This Amended Notice of Motion serves to replace the notice scheduling the Motion for hearing on October 14, 2015, at which time the Court is not available for hearing.

Andrew J. Maxwell (ARDC #1799150)
Maxwell Law Group, LLC
105 West Adams, Suite 3200
Chicago, IL 60603
312/368-1138

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that previously (s)he electronically served a copy of the foregoing Notice and Motion to the United States Trustee, Debtor's attorney, and any others having registered pursuant to Section II(B)(4) of the Administrative Procedures for the Case Management/Electronic Case Filing System through the Court's Electronic Notice for Registrants on September 18, 2015 and to Debtor by depositing same in the United States mail, postage prepaid, on September 18, 2015.

*/s/ Andrew J. Maxwell*