# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re: §
§
WEISS, STEPHEN A § Case No. 11-42394
§
Debtor(s) §

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/19/2011. The undersigned trustee was appointed on 10/19/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    95,499.74

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 10,849.60 |
| Bank service fees | 1,116.88 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 1,263.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 82,270.26 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was  03/24/2014  and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 7,961.62 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 7,961.62 , for a total compensation of $ 7,961.62 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 09/25/2015                              By: /s/ANDREW J. MAXWELL, TRUSTEE
                  Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 11-42394 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | WEISS, STEPHEN A | | | Date Filed (f) or Converted (c): | 10/19/11 (f) |
| | | | | 341(a) Meeting Date: | 11/09/11 |
| For Period Ending: | 09/25/15 | | | Claims Bar Date: | 03/24/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 2020 Chestnut Avenue Unit 109, Glenview condo residence | 300,000.00 | 0.00 | | 0.00 | FA |
| 2. JP Morgan Chase Bank account ending in 5089 | 500.00 | 250.00 | | 0.00 | FA |
| 3. Account ending in 0255 | 0.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and funrishings | 1,000.00 | 500.00 | | 0.00 | FA |
| 5. Books, pictures compact discs | 200.00 | 100.00 | | 0.00 | FA |
| 6. Wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7. Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 8. College fund | 85.00 | 0.00 | | 0.00 | FA |
| 9. Fortune Financial Corporation interest in defunct company | 1.00 | 0.00 | | 0.00 | FA |
| 10. Halyard Group, LLC member interest in LLC that owns RE | 14,666.00 | 14,666.00 | | 14,025.00 | FA |
| 11. Halyard Branding, LLC member interest in LLC that owns RE | 43,500.00 | 42,237.00 | | 62,286.86 | FA |
| 12. Halyard Farnsworth LLC member interest in LLC that owns RE | 64,631.00 | 64,631.00 | | 0.00 | FA |
| 13. Halyard Equities, LLC member interest in LLC that owns RE | 600.00 | 0.00 | | 0.00 | FA |
| 14. Halyard Clark, LLC member interest in LLC that owns RE | 331,126.00 | 331,126.00 | | 19,183.34 | FA |
| 15. Original Halyard Group LLC member interest in LLC that owns RE | 1.00 | 0.00 | | 0.00 | FA |
| 16. 2002 Mercedes 320E (140,000 miles) car | 3,500.00 | 2,400.00 | | 0.00 | FA |
| 17. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.10 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 11-42394 CAD Judge: CAROL A. DOYLE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | WEISS, STEPHEN A | Date Filed (f) or Converted (c): | 10/19/11 (f) |
| | | 341(a) Meeting Date: | 11/09/11 |
| | | Claims Bar Date: | 03/24/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. TAX REFUND (u) | 0.00 | 0.00 | | 4.44 | FA |
| TOTALS (Excluding Unknown Values) | $760,110.00 | $455,910.00 | | $95,499.74 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR in progress

several minority LLC interests, some collections made

Funds in escrow held by attorney, requested turnover; required to file adversary cx; obtained judgment and obtained

turnover of funds

waiting on liquidation of other LLC/RE interests(closed in Feb 2015)

preparing additional tax returns for 2014, then final will be needed

4-14-14 located K1 forms, send K1 and form 2 to Lois West re tax extension


Initial Projected Date of Final Report (TFR): 12/31/13      Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-42394 -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | WEISS, STEPHEN A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7852 Checking Account |
| Taxpayer ID No: | *******7513 | | |
| For Period Ending: | 09/25/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 22,838.06 | | 22,838.06 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.08 | 22,823.98 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.54 | 22,809.44 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.06 | 22,795.38 |
| 12/10/12 | 11 | Halyard Branding, LLC | Distribution to owners-1441 Brandin | 1129-000 | 2,403.85 | | 25,199.23 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.61 | 25,183.62 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.44 | 25,146.18 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.77 | 25,112.41 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 20.95 | 25,091.46 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.33 | 25,054.13 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.04 | 25,018.09 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.19 | 24,980.90 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.94 | 24,944.96 |
| 07/30/13 | 14 | HALYARD CLARKE, LLC | PREF DIST 2ND QTR 2013 | 1129-000 | 500.00 | | 25,444.96 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.16 | 25,407.80 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.77 | 25,370.03 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.51 | 25,333.52 |
| 11/01/13 | 11 | HALYARD BRANDING, LLC 7101 N CICERO AVE. SUITE 200 LINCOLNWOOD, IL 60712 | Distribution to Owners | 1129-000 | 490.20 | | 25,823.72 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.66 | 25,786.06 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.10 | 25,748.96 |
| 12/17/13 | 010002 | ILLINOIS DEPARTMENT OF REVENUE PO BOX 19053 SPRINGFIELD, IL 62794-9053 | Amount of tax balance due Amount of tax due for 2012 | 2690-000 | | 336.00 | 25,412.96 |

Page Subtotals 26,232.11 819.15

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 18.05

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 11-42394 -CAD | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | WEISS, STEPHEN A | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7852 Checking Account |
| Taxpayer ID No: | *******7513 | | | |
| For Period Ending: | 09/25/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.15 | 25,374.81 |
| 01/20/14 | 11 | CHICAGO TITLE AND TRUST COMPANY<br>1725 S NAPERVILLE RD<br>WHEATON, IL 60187 | HALYARD BRANDING | 1129-000 | 50,272.50 | | 75,647.31 |
| 02/07/14 | 010003 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | bond # 016026455 | 2300-000 | | 82.95 | 75,564.36 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.24 | 75,500.12 |
| 02/10/14 | 11 | CHICAGO TITLE AND TRUST COMPANY<br>1725 S NAPERVILLE RD<br>WHEATON IL 60187 | BILL OF COST FF | 1290-000 | 293.00 | | 75,793.12 |
| 02/19/14 | 010004 | STEPHEN A. WEISS<br>2020 CHESTNUT AVENUE<br>UNIT 109<br>GLENVIEW, IL 60025 | HAYLARD BRANDING EXEMPTION | 8100-000 | | 1,263.00 | 74,530.12 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 101.56 | 74,428.56 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 110.65 | 74,317.91 |
| 04/14/14 | 14 | HALYARD CLARKE, LLC | Distribution to Owners | 1129-000 | 500.00 | | 74,817.91 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 107.33 | 74,710.58 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 111.07 | 74,599.51 |
| 07/02/14 | 010005 | DEPARTMENT OF TREASURY<br>Internal Revenue Service Center<br>Cincinnati, OH 45999-0148 | EIN # 45-6897513<br>2013 TAXES PLUS INTEREST | 2810-000 | | 6,861.00 | 67,738.51 |
| 07/02/14 | 010006 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O.BOX 19053<br>SPRINGFIELD , IL 62794-9053 | EIN # 45-6897513<br>2013 TAXES PLUS INTEREST | 2820-000 | | 2,807.00 | 64,931.51 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 107.33 | 64,824.18 |
| 10/15/14 | 18 | UNITED STATES TREASURY | TAX REFUND OVERPAYMENT | 1224-000 | 4.44 | | 64,828.62 |

Page Subtotals      51,069.94      11,654.28

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 18.05

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-42394 -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | WEISS, STEPHEN A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7852  Checking Account |
| Taxpayer ID No: | *******7513 | | |
| For Period Ending: | 09/25/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/18/14 | 010007 | ILLINOIS DEPARTMENT OF REVENUE<br>PO BOX 19006<br>SPRINGFIELD IL 62794-9006 | ASSESSMENT TOTAL<br>ACCOUNT ID 20535-81312<br>FEIN 45-6897513 | 2820-000 | | 17.61 | 64,811.01 |
| 03/11/15 | 14 | HALYARD CLARKE LLC | Distribution to Owners | 1129-000 | 16,666.67 | | 81,477.68 |
| 03/20/15 | 010008 | ADAMS LEVINE<br>Attn: Maria Sponza<br>60 East 42nd Street Suite 965<br>New York, NY 10165-0965 | Bond Payments<br>BOND # 10BSBGR6291 | 2300-000 | | 62.09 | 81,415.59 |
| 06/03/15 | 010009 | UNITED STATES TREASURY<br>INTERNAL REVENUE SERVICE CENTER<br>CINCINNATI, OH 45999-0148 | Payment for 2014 Form 1041<br>ID NUMBER = 45-6897513 | 2810-000 | | 143.00 | 81,272.59 |
| 06/03/15 | 010010 | ILLINOIS DEPT OF REVENUE<br>P.O.BOX 19053<br>SPRINGFIELD, IL 62794-9053 | PAYMENT FOR 2014 TAX IL-1041-V<br>ID NUMBER= 45-6897513 | 2810-000 | | 519.00 | 80,753.59 |
| 09/25/15 | 14 | HALYARD CLARKE, LLC | Distribution to Owners | 1129-000 | 1,516.67 | | 82,270.26 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 95,485.39 | 13,215.13 | 82,270.26 |
| Less: Bank Transfers/CD's | | 22,838.06 | 0.00 | |
| Subtotal | | 72,647.33 | 13,215.13 | |
| Less: Payments to Debtors | | | 1,263.00 | |
| Net | | 72,647.33 | 11,952.13 | |

Page Subtotals  18,183.34  741.70

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 11-42394 -CAD | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | WEISS, STEPHEN A | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5499  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7513 | | | |
| For Period Ending: | 09/25/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/31/12 | 11 | HALYARD BRANDING, LLC<br>7101 N. CICERO AVE., SUITE #200<br>LINCOLNWOOD, IL  60712 | Deposit | 1129-000 | 7,692.31 | | 7,692.31 |
| 08/03/12 | 10 | HALYARD GROUP, LLC | DISTRIBUTION | 1129-000 | 13,655.00 | | 21,347.31 |
| 08/03/12 | 11 | HALYARD GROUP, LLC | PARTNER ONE DRAWS | 1129-000 | 1,135.00 | | 22,482.31 |
| 08/03/12 | 10 | HALYARD GROUP, LLC | PARTNER ONE DRAWS | 1129-000 | 370.00 | | 22,852.31 |
| 08/30/12 | 17 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 22,852.41 |
| 08/30/12 | | Bank of America, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 14.35 | 22,838.06 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 22,838.06 | 0.00 |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | | 22,852.41 | 22,852.41 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 22,838.06 | |
| Subtotal | | 22,852.41 | 14.35 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 22,852.41 | 14.35 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7852 | 72,647.33 | 11,952.13 | 82,270.26 |
| Money Market - Interest Bearing - ********5499 | 22,852.41 | 14.35 | 0.00 |
| | 95,499.74 | 11,966.48 | 82,270.26 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        22,852.41        22,852.41

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit B

| Case No: | 11-42394 -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | WEISS, STEPHEN A | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5499 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7513 | | |
| For Period Ending: | 09/25/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Page Subtotals | | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 25, 2015 |

Case Number: 11-42394  
Debtor Name: WEISS, STEPHEN A

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>050<br>4120-00 | Cook County Treasurer<br>Legal Dept./Bankruptcy<br>118 N. Clark St., Room 112<br>Chicago, IL 60602 | Secured | | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Secured | | | $0.00 | $0.00 | $0.00 |
| 003<br>2700-00 | CLERK OF US BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>219 S. DEARBORN<br>CHICAGO IL 60604 | Administrative | | $293.00 | $0.00 | $293.00 |
| ACCOUNTA<br>003<br>3410-00 | POPOWCER & KATTEN, LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601-2207 | Administrative | | $3,262.50 | $0.00 | $3,262.50 |
| ATTY FEE<br>002<br>3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $17,709.47 | $0.00 | $17,709.47 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | Administrative | | $165.99 | $165.99 | $0.00 |
| TR. FEE<br>001<br>2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $7,961.62 | $0.00 | $7,961.62 |
| | Subtotal for Class Administrative | | | $29,392.58 | $165.99 | $29,226.59 |
| 000003A<br>058<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $7,715.49 | $0.00 | $7,715.49 |
| 000005A<br>058<br>5800-00 | Internal Revenue Service<br>Department of the Treasury<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $85,501.27 | $0.00 | $85,501.27 |
| | Subtotal for Class Priority | | | $93,216.76 | $0.00 | $93,216.76 |
| 000002<br>070<br>7100-00 | Corey Goldstein<br>1700 W. Van Buren<br>Mailbox TOB032<br>Chicago, IL 60612 | Unsecured | | $520.00 | $0.00 | $520.00 |
| 000003B<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $871.90 | $0.00 | $871.90 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 25, 2015 |

Case Number:   11-42394  
Debtor Name:   WEISS, STEPHEN A

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000004 070 7100-00 | Wisconsin Department of Revenue<br>Special Procedures Unit<br>P O Box 8901<br>Madison, WI 53708 | Unsecured | | $21,184.95 | $0.00 | $21,184.95 |
| 000005B 070 7100-00 | UNITED STATES TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 745<br>STOP 5016-CHI<br>CHICAGO, IL 60690-0745 | Unsecured | | $3,221.80 | $0.00 | $3,221.80 |
| 000006 070 7100-00 | R.C.M. Industries, Inc.<br>c/o Bryan E Minier<br>Pedersen & Houpt<br>161 N Clark, Suite 3100<br>Chicago, IL 60601 | Unsecured | | $640,286.25 | $0.00 | $640,286.25 |
| 000007 070 7100-00 | Robert C. Marconi Declaration of Trust<br>dated June<br>c/o Bryan E. Minier<br>Pedersen & Houpt<br>161 N. Clark, Suite 3100<br>Chicago, Il 60601 | Unsecured | | $290,802.00 | $0.00 | $290,802.00 |
| | Subtotal for Class Unsecured | | | $956,886.90 | $0.00 | $956,886.90 |
| | Case Totals: | | | $1,079,496.24 | $165.99 | $1,079,330.25 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-42394  
Case Name: WEISS, STEPHEN A  
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand $ 82,270.26

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Cook County Treasurer | $ 2,569.79 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 82,270.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 7,961.62 | $ 0.00 | $ 7,961.62 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 17,683.00 | $ 0.00 | $ 17,683.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 26.47 | $ 0.00 | $ 26.47 |
| Accountant for Trustee Fees: POPOWCER & KATTEN, LTD. | $ 3,262.50 | $ 0.00 | $ 3,262.50 |
| Charges: CLERK OF US BANKRUPTCY COURT | $ 293.00 | $ 0.00 | $ 293.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 165.99 | $ 165.99 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses      $     29,226.59

    Remaining Balance      $     53,043.67

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 93,216.76 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | Illinois Department of Revenue | $ 7,715.49 | $ 0.00 | $ 4,390.39 |
| 000005A | Internal Revenue Service | $ 85,501.27 | $ 0.00 | $ 48,653.28 |

    Total to be paid to priority creditors      $     53,043.67

    Remaining Balance      $     0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 956,886.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Corey Goldstein | $ 520.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Wisconsin Department of Revenue | $ 21,184.95 | $ 0.00 | $ 0.00 |
| 000006 | R.C.M. Industries, Inc. | $ 640,286.25 | $ 0.00 | $ 0.00 |
| 000007 | Robert C. Marconi Declaration of Trust | $ 290,802.00 | $ 0.00 | $ 0.00 |
| 000005B | UNITED STATES TREASURY | $ 3,221.80 | $ 0.00 | $ 0.00 |
| 000003B | Illinois Department of Revenue | $ 871.90 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors           $                 0.00

Remaining Balance                                                $                 0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE