CAROL A. DOYLE

## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WEISS, STEPHEN A | § | Case No. 11-42394 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 67,881.00
*(Without deducting any secured claims)*

Assets Exempt: 304,200.00

Total Distributions to Claimants: 53,043.67

Claims Discharged
Without Payment: 2,165,626.89

Total Expenses of Administration: 41,193.07

---

3) Total gross receipts of $ 95,499.74  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,263.00  (see **Exhibit 2**), yielded net receipts of $ 94,236.74  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 365,722.00 | $ 2,569.79 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 41,193.07 | 41,193.07 | 41,193.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 111,639.50 | 93,216.76 | 93,216.76 | 53,043.67 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,056,927.40 | 956,886.90 | 956,886.90 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,534,288.90 | $ 1,093,866.52 | $ 1,091,296.73 | $ 94,236.74 |

4)  This case was originally filed under chapter 7 on  10/19/2011 .  The case was pending for 52 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/12/2016                          By:/s/ANDREW J. MAXWELL, TRUSTEE
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Halyard Group, LLC | 1129-000 | 14,025.00 |
| Halyard Branding, LLC | 1129-000 | 61,993.86 |
| Halyard Clark, LLC | 1129-000 | 19,183.34 |
| TAX REFUND | 1224-000 | 4.44 |
| Post-Petition Interest Deposits | 1270-000 | 0.10 |
| Halyard Branding, LLC | 1290-000 | 293.00 |
| **TOTAL GROSS RECEIPTS** | | **$95,499.74** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| STEPHEN A. WEISS | Exemptions | 8100-000 | 1,263.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,263.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer Legal Dept./Bankruptcy 118 N. Clark St., Room 222 Chicago, IL 60602 | | 5,015.00 | NA | NA | 0.00 |
| | Lake Forest Bank & Trust 727 N. Bank Ln Lake Forest, IL 60045 | | 360,707.00 | NA | NA | 0.00 |
| 000001 | COOK COUNTY TREASURER | 4120-000 | NA | 2,569.79 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 365,722.00 | $ 2,569.79 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 7,961.62 | 7,961.62 | 7,961.62 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 165.99 | 165.99 | 165.99 |
| ASSOCIATED BANK | 2600-000 | NA | 1,102.53 | 1,102.53 | 1,102.53 |
| Bank of America, N.A. | 2600-000 | NA | 14.35 | 14.35 | 14.35 |
| ILLINOIS DEPARTMENT OF REVENUE | 2690-000 | NA | 336.00 | 336.00 | 336.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK OF US BANKRUPTCY COURT | 2700-000 | NA | 293.00 | 293.00 | 293.00 |
| DEPARTMENT OF THE TREASURY | 2810-000 | NA | 143.00 | 143.00 | 143.00 |
| DEPARTMENT OF TREASURY | 2810-000 | NA | 6,861.00 | 6,861.00 | 6,861.00 |
| ILLINOIS DEPT OF REVENUE | 2810-000 | NA | 519.00 | 519.00 | 519.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 2,824.61 | 2,824.61 | 2,824.61 |
| MAXWELL LAW GROUP, LLC | 3110-000 | NA | 17,683.00 | 17,683.00 | 17,683.00 |
| MAXWELL LAW GROUP, LLC | 3120-000 | NA | 26.47 | 26.47 | 26.47 |
| POPOWCER & KATTEN, LTD. | 3410-000 | NA | 3,262.50 | 3,262.50 | 3,262.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 41,193.07 | $ 41,193.07 | $ 41,193.07 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | | 10,139.50 | NA | NA | 0.00 |
| | Internal Revenue Service Department of the Treasury P.O. Box 7346 Philadelphia, PA 19101-7346 | | 85,000.00 | NA | NA | 0.00 |
| | Wisconsin Dept. of Revenue P.O. Box 8908 Madison, WI 53708-8908 | | 16,500.00 | NA | NA | 0.00 |
| 000003A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 7,715.49 | 7,715.49 | 4,390.39 |
| 000005A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 85,501.27 | 85,501.27 | 48,653.28 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$ 111,639.50** | **$ 93,216.76** | **$ 93,216.76** | **$ 53,043.67** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Financial, FSB c/o Crowley & Lamb 350 N. LaSalle St., #900 Chicago, IL 60610 | | 143,613.87 | NA | NA | 0.00 |
| | First Bank of Highland Park c/o McFadden & Dillon, P.C. 120 S. LaSalle St., #1335 Chicago, IL 60603 | | 130,125.00 | NA | NA | 0.00 |
| | Goldstein, Dr. Corey 1700 W. Van Buren 5th Floor Chicago, IL 60612 | | 390.00 | NA | NA | 0.00 |
| | Hallmark & Johnson Properties LLC Attn: Jerry Ettinger 7101 N. Cicero #200 Lincolnwood, IL 60712 | | 5,725.00 | NA | NA | 0.00 |
| | JP Morgan Chase Bank P.O. Box 182223 Dept. OH1-1272 Columbus, OH 43218 | | 269.00 | NA | NA | 0.00 |
| | Jaffe, Dr. Harry 1713 Central Ave. Evanston, IL 60201 | | 600.00 | NA | NA | 0.00 |
| | Lake Forest Bank & Trust 727 N. Bank Ln. Lake Forest, IL 60045 | | 30,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Larry Blankstein 7101 N. Cicero #200 Lincolnwood, IL 60712 | | 2,000.00 | NA | NA | 0.00 |
| | Levin, Alan 205 W. Randolph St, #1030 Chicago, IL 60606 | | 50,000.00 | NA | NA | 0.00 |
| | Levin, Joel 2201 Waukegan Road #100 Deerfield, IL 60015 | | 12,000.00 | NA | NA | 0.00 |
| | Lupel Weininger LLP 30 North LaSalle Street Suite 3520 Chicago, IL 60602 | | 12,481.53 | NA | NA | 0.00 |
| | Marconi, Bob c/o RCM Industries, Inc. 3021 Cullerton Ave, Franklin Park, IL 60131 | | 175,000.00 | NA | NA | 0.00 |
| | Much Shelist et. al. 191 N. Wacker Dr. #1800 Chicago, IL 60606 | | 13,223.00 | NA | NA | 0.00 |
| | RCM Industries, Inc. c/o Vern Reizman 3021 Cullerton Franklin Park, IL 60131 | | 225,000.00 | NA | NA | 0.00 |
| | Rodgon, Jack 3920 Lake Shore Dr. Apt. 6N Chicago, IL 60613 | | 25,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rosen, Mort and Leora 55 W. Deleware Pl. #1116 Chicago, IL 60610 | | 150,000.00 | NA | NA | 0.00 |
| | Rubin CPA, Les 900 Skokie Blvd. #122 Northbrook, IL 60062 | | 17,000.00 | NA | NA | 0.00 |
| | Weinberg, Arnold c/o Much Shelist et. al. 191 N. Wacker Dr., #1800 Chicago, IL 60606 | | 14,000.00 | NA | NA | 0.00 |
| | Weiss, Bradley 10717 Wilshire Blvd. #412 Los Angeles, CA 90024 | | 15,000.00 | NA | NA | 0.00 |
| | Weiss, Dr. Elliott 251 E. 31st St. #3 New York, NY 10016 | | 30,000.00 | NA | NA | 0.00 |
| | Wolin, Kelter & Rosen Ltd. 55 West Monroe St. #3600 Attn: Harold Rosen Chicago, IL 60603 | | 5,500.00 | NA | NA | 0.00 |
| 000002 | COREY GOLDSTEIN | 7100-000 | NA | 520.00 | 520.00 | 0.00 |
| 000003B | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 871.90 | 871.90 | 0.00 |
| 000005B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 3,221.80 | 3,221.80 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | R.C.M. INDUSTRIES, INC. | 7100-000 | NA | 640,286.25 | 640,286.25 | 0.00 |
| 000007 | ROBERT C. MARCONI DECLARATION OF TR | 7100-000 | NA | 290,802.00 | 290,802.00 | 0.00 |
| 000004 | WISCONSIN DEPARTMENT OF REVENUE | 7100-000 | NA | 21,184.95 | 21,184.95 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,056,927.40 | $ 956,886.90 | $ 956,886.90 | $ 0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| | |
|---|---|
| Case No:          11-42394      CAD    Judge: CAROL A. DOYLE | Trustee Name:          ANDREW J. MAXWELL, TRUSTEE |
| Case Name:      WEISS, STEPHEN A | Date Filed (f) or Converted (c):    10/19/11 (f) |
| | 341(a) Meeting Date:    11/09/11 |
| For Period Ending:  01/12/16 | Claims Bar Date:    03/24/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 2020 Chestnut Avenue Unit 109, Glenview condo residence | 300,000.00 | 0.00 | | 0.00 | FA |
| 2. JP Morgan Chase Bank account ending in 5089 | 500.00 | 250.00 | | 0.00 | FA |
| 3. Account ending in 0255 | 0.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and funrishings | 1,000.00 | 500.00 | | 0.00 | FA |
| 5. Books, pictures compact discs | 200.00 | 100.00 | | 0.00 | FA |
| 6. Wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7. Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 8. College fund | 85.00 | 0.00 | | 0.00 | FA |
| 9. Fortune Financial Corporation interest in defunct company | 1.00 | 0.00 | | 0.00 | FA |
| 10. Halyard Group, LLC member interest in LLC that owns RE | 14,666.00 | 14,666.00 | | 14,025.00 | FA |
| 11. Halyard Branding, LLC member interest in LLC that owns RE | 43,500.00 | 42,237.00 | | 62,286.86 | FA |
| 12. Halyard Farnsworth LLC member interest in LLC that owns RE | 64,631.00 | 64,631.00 | | 0.00 | FA |
| 13. Halyard Equities, LLC member interest in LLC that owns RE | 600.00 | 0.00 | | 0.00 | FA |
| 14. Halyard Clark, LLC member interest in LLC that owns RE | 331,126.00 | 331,126.00 | | 19,183.34 | FA |
| 15. Original Halyard Group LLC member interest in LLC that owns RE | 1.00 | 0.00 | | 0.00 | FA |
| 16. 2002 Mercedes 320E (140,000 miles) car | 3,500.00 | 2,400.00 | | 0.00 | FA |
| 17. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.10 | FA |

LFORM1

Ver: 19.05a

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| Case No: | 11-42394    CAD    Judge: CAROL A. DOYLE |
| Case Name: | WEISS, STEPHEN A |

| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Date Filed (f) or Converted (c): | 10/19/11 (f) |
| 341(a) Meeting Date: | 11/09/11 |
| Claims Bar Date: | 03/24/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. TAX REFUND (u) | 0.00 | 0.00 | | 4.44 | FA |

|  |  |  |  | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $760,110.00 | $455,910.00 | | $95,499.74 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

several minority LLC interests, some collections made

Funds in escrow held by attorney, requested turnover; required to file adversary cx; obtained judgment and obtained

turnover of funds

waiting on liquidation of other LLC/RE interests(closed in Feb 2015)

preparing additional tax returns for 2014, then final will be needed

4-14-14 located K1 forms, send K1 and form 2 to Lois West re tax extension

TFR FILED 9/11/2015 , HEARING PENDING 10/28/2015

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/15

FOR Rec

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    1

Exhibit 9

| Case No: | 11-42394  -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | WEISS, STEPHEN A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7852  Checking Account |
| Taxpayer ID No: | *******7513 | | |
| For Period Ending: | 01/12/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 22,838.06 | | 22,838.06 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.08 | 22,823.98 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.54 | 22,809.44 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.06 | 22,795.38 |
| 12/10/12 | 11 | Halyard Branding, LLC | Distribution to owners-1441 Brandin | 1129-000 | 2,403.85 | | 25,199.23 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.61 | 25,183.62 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.44 | 25,146.18 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.77 | 25,112.41 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 20.95 | 25,091.46 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.33 | 25,054.13 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.04 | 25,018.09 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.19 | 24,980.90 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.94 | 24,944.96 |
| 07/30/13 | 14 | HALYARD CLARKE, LLC | PREF DIST 2ND QTR 2013 | 1129-000 | 500.00 | | 25,444.96 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.16 | 25,407.80 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.77 | 25,370.03 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.51 | 25,333.52 |
| 11/01/13 | 11 | HALYARD BRANDING, LLC 7101 N CICERO AVE. SUITE 200 LINCOLNWOOD, IL 60712 | Distribution to Owners | 1129-000 | 490.20 | | 25,823.72 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.66 | 25,786.06 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.10 | 25,748.96 |
| 12/17/13 | 010002 | ILLINOIS DEPARTMENT OF REVENUE PO BOX 19053 SPRINGFIELD, IL 62794-9053 | Amount of tax balance due Amount of tax due for 2012 | 2690-000 | | 336.00 | 25,412.96 |

|  | Page Subtotals | 26,232.11 | 819.15 |
|---|---|---|---|

Ver: 19.05a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-42394 -CAD | |
| Case Name: | WEISS, STEPHEN A | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7852  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******7513 |
| For Period Ending: | 01/12/16 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.15 | 25,374.81 |
| 01/20/14 | 11 | CHICAGO TITLE AND TRUST COMPANY | HALYARD BRANDING | 1129-000 | 50,272.50 | | 75,647.31 |
| | | 1725 S NAPERVILLE RD | | | | | |
| | | WHEATON, IL 60187 | | | | | |
| 02/07/14 | 010003 | INTERNATIONAL SURETIES, LTD. | bond # 016026455 | 2300-000 | | 82.95 | 75,564.36 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.24 | 75,500.12 |
| 02/10/14 | 11 | CHICAGO TITLE AND TRUST COMPANY | BILL OF COST FF | 1290-000 | 293.00 | | 75,793.12 |
| | | 1725 S NAPERVILLE RD | | | | | |
| | | WHEATON IL 60187 | | | | | |
| 02/19/14 | 010004 | STEPHEN A. WEISS | HAYLARD BRANDING EXEMPTION | 8100-000 | | 1,263.00 | 74,530.12 |
| | | 2020 CHESTNUT AVENUE | | | | | |
| | | UNIT 109 | | | | | |
| | | GLENVIEW, IL 60025 | | | | | |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 101.56 | 74,428.56 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 110.65 | 74,317.91 |
| 04/14/14 | 14 | HALYARD CLARKE, LLC | Distribution to Owners | 1129-000 | 500.00 | | 74,817.91 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 107.33 | 74,710.58 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 111.07 | 74,599.51 |
| 07/02/14 | 010005 | DEPARTMENT OF TREASURY | EIN # 45-6897513 | 2810-000 | | 6,861.00 | 67,738.51 |
| | | Internal Revenue Service Center | 2013 TAXES PLUS INTEREST | | | | |
| | | Cincinnati, OH 45999-0148 | | | | | |
| 07/02/14 | 010006 | ILLINOIS DEPARTMENT OF REVENUE | EIN # 45-6897513 | 2820-000 | | 2,807.00 | 64,931.51 |
| | | P.O.BOX 19053 | 2013 TAXES PLUS INTEREST | | | | |
| | | SPRINGFIELD , IL 62794-9053 | | | | | |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 107.33 | 64,824.18 |
| 10/15/14 | 18 | UNITED STATES TREASURY | TAX REFUND OVERPAYMENT | 1224-000 | 4.44 | | 64,828.62 |

Page Subtotals 51,069.94 11,654.28

Ver: 19.05a

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-42394  -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | WEISS, STEPHEN A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7852  Checking Account |

Taxpayer ID No:   *******7513
For Period Ending: 01/12/16

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/18/14 | 010007 | ILLINOIS DEPARTMENT OF REVENUE<br>PO BOX 19006<br>SPRINGFIELD IL 62794-9006 | ASSESSMENT TOTAL<br>ACCOUNT ID 20535-81312<br>FEIN 45-6897513 | 2820-000 | | 17.61 | 64,811.01 |
| 03/11/15 | 14 | HALYARD CLARKE LLC | Distribution to Owners | 1129-000 | 16,666.67 | | 81,477.68 |
| 03/20/15 | 010008 | ADAMS LEVINE<br>Attn: Maria Sponza<br>60 East 42nd Street Suite 965<br>New York, NY 10165-0965 | Bond Payments<br>BOND # 10BSBGR6291 | 2300-000 | | 62.09 | 81,415.59 |
| 06/03/15 | 010009 | UNITED STATES TREASURY<br>INTERNAL REVENUE SERVICE CENTER<br>CINCINNATI, OH 45999-0148 | Payment for 2014 Form 1041<br>ID NUMBER = 45-6897513 | 2810-000 | | 143.00 | 81,272.59 |
| 06/03/15 | 010010 | ILLINOIS DEPT OF REVENUE<br>P.O.BOX 19053<br>SPRINGFIELD, IL 62794-9053 | PAYMENT FOR 2014 TAX IL-1041-V<br>ID NUMBER= 45-6897513 | 2810-000 | | 519.00 | 80,753.59 |
| 09/25/15 | 14 | HALYARD CLARKE, LLC | Distribution to Owners | 1129-000 | 1,516.67 | | 82,270.26 |
| 10/28/15 | 010011 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO,  IL 60603 | Trustee Compensation<br>c/o 10/28/15 | 2100-000 | | 7,961.62 | 74,308.64 |
| 10/28/15 | 010012 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Atty Compensation & Expenses<br>c/o 10/28/15 | | | 17,709.47 | 56,599.17 |
| | | | Fees          17,683.00 | 3110-000 | | | |
| | | | Expenses          26.47 | 3120-000 | | | |
| 10/28/15 | 010013 | CLERK OF US BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>219 S. DEARBORN<br>CHICAGO IL 60604 | Clerk of the Courts Costs | 2700-000 | | 293.00 | 56,306.17 |
| 10/28/15 | 010014 | POPOWCER & KATTEN, LTD. | ACCOUNTANT COMP | 3410-000 | | 3,262.50 | 53,043.67 |

Page Subtotals                18,183.34                29,968.29

Ver: 19.05a

FORM 2

Page:   4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 11-42394  -CAD | |
| Case Name: | WEISS, STEPHEN A | |
| | | |
| Taxpayer ID No: | *******7513 | |
| For Period Ending: | 01/12/16 | |

| | | |
|---|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7852  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601-2207 | c/o 10/28/15 | | | | |
| 10/28/15 | 010015 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000003A, Final Payment<br>c/o 10/2/15 | 5800-000 | | 4,390.39 | 48,653.28 |
| 10/28/15 | 010016 | Internal Revenue Service<br>Department of the Treasury<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Claim 000005A, Final Payment<br>c/o 10/28/15 | 5800-000 | | 48,653.28 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 95,485.39 | 95,485.39 | 0.00 |
| Less:  Bank Transfers/CD's | 22,838.06 | 0.00 | |
| Subtotal | 72,647.33 | 95,485.39 | |
| Less:  Payments to Debtors | | 1,263.00 | |
| Net | 72,647.33 | 94,222.39 | |

Page Subtotals                              0.00              53,043.67

Ver: 19.05a

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-42394  -CAD | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | WEISS, STEPHEN A | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5499  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7513 | | | |
| For Period Ending: | 01/12/16 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/31/12 | 11 | HALYARD BRANDING, LLC 7101 N. CICERO AVE., SUITE #200 LINCOLNWOOD, IL  60712 | Deposit | 1129-000 | 7,692.31 | | 7,692.31 |
| 08/03/12 | 10 | HALYARD GROUP, LLC | DISTRIBUTION | 1129-000 | 13,655.00 | | 21,347.31 |
| 08/03/12 | 11 | HALYARD GROUP, LLC | PARTNER ONE DRAWS | 1129-000 | 1,135.00 | | 22,482.31 |
| 08/03/12 | 10 | HALYARD GROUP, LLC | PARTNER ONE DRAWS | 1129-000 | 370.00 | | 22,852.31 |
| 08/30/12 | 17 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 22,852.41 |
| 08/30/12 | | Bank of America, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 14.35 | 22,838.06 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 22,838.06 | 0.00 |

|  | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | 22,852.41 | 22,852.41 | | 0.00 |
| | Less:  Bank Transfers/CD's | | 0.00 | 22,838.06 | | |
| | Subtotal | | 22,852.41 | 14.35 | | |
| | Less:  Payments to Debtors | | | 0.00 | | |
| | Net | | 22,852.41 | 14.35 | | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking Account - *******7852 | | 72,647.33 | 94,222.39 | 0.00 |
| Money Market - Interest Bearing - *******5499 | | 22,852.41 | 14.35 | 0.00 |
| | | ------------------------ | ------------------------ | ------------------------ |
| | | 95,499.74 | 94,236.74 | 0.00 |
| | | ============= | ============= | ============= |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                22,852.41                22,852.41

Ver: 19.05a

Page:    6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-42394  -CAD |
| Case Name: | WEISS, STEPHEN A |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******5499  Money Market - Interest Bearing |

| | |
|---|---|
| Taxpayer ID No: | *******7513 |
| For Period Ending: | 01/12/16 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| | | Page Subtotals | 0.00 | 0.00 |

Ver: 19.05a